IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH ELLIS, individually, and on behalf of similarly-situated persons, | ) CASE NO. 8:18-cv-00238 ) ) |
| Plaintiffs, | ) **JOINT MOTION FOR FINAL** ) **APPROVAL** |
| vs. | ) **OF FLSA SETTLEMENT** ) |
| WERNER ENTERPRISES, INC., | ) ) |
| Defendant. | ) ) |

**I.     INTRODUCTION**

On February 14, 2023, this Court granted preliminary approval of the parties' proposed settlement in this matter, finding the Settlement is "a fair and reasonable resolution of the parties' bona fide dispute." Doc. 229 at 1. The Court ordered notice of settlement to be sent to the Opt-In Plaintiffs giving them the right to participate in, exclude themselves, or object to the Settlement. *Id.* at 2. In order to avoid restating the procedural posture of the case, terms of the Settlement, and the basis for settlement approval, the parties hereby incorporate their Motion for Preliminary Approval, Brief in Support and Index of Exhibits. Docs. 226-228.

Shortly after the Court's order granting preliminary approval of the settlement, the Settlement Administrator sent class notice to the eligible class members informing them of the amount they are entitled to receive pursuant to the settlement and of their right to object to the settlement, opt out of the settlement, or stay in the case and receive their allotted settlement amounts. *See* Declaration of Lindsay Kline, attached as Exhibit 1. In addition, the Settlement Administrator hosted a 24/7 call center for any Opt-Ins who had questions about the Settlement or how to effectuate their rights. (Kline Dec. at ¶ 4). During the notice period, undersigned Plaintiffs' counsel received several phone calls from Opt-In Plaintiffs who were supportive of the Settlement. Plaintiffs' counsel did not receive any communications from Opt-In Plaintiffs who were unsupportive of the Settlement. One opt-in class member, Ditran Kutroli, opted out of the settlement. (Kline Decl. at ¶ 12). Another

1

class member, Christopher Midgett, elected to move forward with his claim on an individual basis before notice of the class action settlement was distributed to opt-in class members.

Class members with the most damages will receive as much as $10,000 under the Settlement and the average payment to class members is more than $2,000. (Kline Dec. at ¶ 16). These amounts are free and clear of fees and costs.

Because there are no objectors and this Court already found the Settlement is fair and reasonable, the Court should readily grant Final Approval of the Settlement and dismiss the claims of Class Representative Deborah Ellis and the Opt-In Plaintiffs with prejudice and dismiss the claim of the lone opt out, Ditran Kutroli, without prejudice. However, because Plaintiff Christopher Midgett has elected to move forward with his individual claim, the case should remain open pending a resolution of his individual claim.

## V. CONCLUSION

For the reasons set forth herein, and in the Parties' Preliminary Settlement Approval filings (Docs. 226-228), the parties respectfully request an order as follows:

(1) Granting Final Approval of the Settlement; and
(2) Dismissing the claims of Class Representative Deborah Ellis and the Opt-In Plaintiffs with prejudice and the claim of opt out Ditron Kutroli without prejudice.

/s/ Eric L. Dirks
Eric L. Dirks *(admitted pro hac vice)*
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, MO 64105
Phone: (816) 945-7110
dirks@williamsdirks.com

Jack D. McInnes (admitted *pro hac vice*)
**MCINNES LAW LLC**
1900 W. 75th Street, Suite 120
Prairie Village, KS 66208
Phone: (913) 220-2488
jack@mcinnis-law.com
COUNSEL FOR PLAINTIFF AND THE CERTIFIED CLASS

                        /s/ Elizabeth A. Culhane
Elizabeth A. Culhane, #23632
Patrick S. Cooper, #22399
**FRASER STRYKER PC LLO**
500 Energy Plaza
409 South 17TH Street
Omaha, NE 68102-2663
Telephone: (402) 341-6000
Facsimile: (402) 341-8290
eculhane@fraserstryker.com
pcooper@fraserstryker.com
ATTORNEYS FOR DEFENDANT