IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER MIDGETT,<br><br>               Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES, INC.,<br><br>               Defendant. | **8:18CV238**<br><br>**ORDER OF DISMISSAL** |

    This matter is before the Court pursuant to the Stipulation for Dismissal with Prejudice (Filing No. 244). The parties advise the Court that Christopher Midgett's individual claims have been settled, so they jointly request that this lawsuit be dismissed with prejudice, with each party to pay its own costs and fees.

    ACCORDINGLY, IT IS HEREBY ORDERED that the Stipulation for Dismissal with Prejudice (Filing No. 244) is granted, and this case is dismissed in its entirety with prejudice, with each party to pay its own costs and fees.

    Dated this 14th day of November, 2023.

                                                          BY THE COURT:

                                                          s/ Joseph F. Bataillon
                                                          Senior United States District Judge